Certificate Number: 12459-LAW-CC-029054815

12459-LAW-CC-029054815

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 7, 2017, at 7:13 o'clock PM PDT, Jawarnaca Tyler received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Louisiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 7, 2017

By: /s/Danell Rios-Schmehl

Name: Danell Rios-Schmehl

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).