**AlyCo, LLC**
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 12/28/2016 to 01/03/2017
Check Date : 01/09/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 357.89 | | 470.53 | | 26.86 | | 85.78 | | 0.00 |

| **EARNINGS AND DEDUCTIONS** | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 40.00 | 440.00 | 440.00 | 440.00 |
| Overtime | | 16.50 | 1.85 | 30.53 | 30.53 | 30.53 |
| **Earnings Total** | | | | **470.53** | **470.53** | **470.53** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Med Plan A EEO - PT | | | | 22.86 | 22.86 | 22.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 4.00 |
| **Total** | | | | **26.86** | **26.86** | **26.86** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 39.27 | 39.27 | 39.27 |
| EE Social Security T | | | | 27.51 | 27.51 | 27.51 |
| EE Medicare Tax | | | | 6.43 | 6.43 | 6.43 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 12.57 | 12.57 | 12.57 |
| **Total** | | | | **85.78** | **85.78** | **85.78** |

| **PAYMENT DETAILS** | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 304.21 | USD |
| Direct Deposit/Pay Card | **PELICAN STATE C U** XXXXXX7986 | | 53.68 | USD |

**AlyCo, LLC**
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 01/04/2017 to 01/10/2017
Check Date : 01/13/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 296.73 | | 388.63 | | 28.00 | | 63.90 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 35.33 | 388.63 | 388.63 | 828.63 |
| Overtime | | | | | | 30.53 |
| **Earnings Total** | | | | **388.63** | **388.63** | **859.16** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 46.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 8.00 |
| **Total** | | | | **28.00** | **28.00** | **54.86** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 26.81 | 26.81 | 66.08 |
| EE Social Security T | | | | 22.36 | 22.36 | 49.87 |
| EE Medicare Tax | | | | 5.23 | 5.23 | 11.66 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 9.50 | 9.50 | 22.07 |
| **Total** | | | | **63.90** | **63.90** | **149.68** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 192.87 | USD |
| Direct Deposit/Pay Card | **PELICAN STATE C U** XXXXXX7986 | | 103.86 | USD |

**AlyCo, LLC**
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 01/11/2017 to 01/17/2017
Check Date : 01/23/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 327.24 | | 455.18 | | 50.76 | | 77.18 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 40.00 | 440.00 | 440.00 | 1,268.63 |
| Overtime | | 16.50 | 0.92 | 15.18 | 15.18 | 45.71 |
| **Earnings Total** | | | | **455.18** | **455.18** | **1,314.34** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 22.76 | 22.76 | 22.76 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 70.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 12.00 |
| **Total** | | | | **50.76** | **50.76** | **105.62** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 33.38 | 33.38 | 99.46 |
| EE Social Security T | | | | 26.48 | 26.48 | 76.35 |
| EE Medicare Tax | | | | 6.20 | 6.20 | 17.86 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 11.12 | 11.12 | 33.19 |
| **Total** | | | | **77.18** | **77.18** | **226.86** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 212.71 | USD |
| Direct Deposit/Pay Card | **PELICAN STATE C U** XXXXXX7986 | | 114.53 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 01/18/2017 to 01/24/2017
Check Date : 01/30/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 330.58 | | 459.97 | | 51.00 | | 78.39 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 40.00 | 440.00 | 440.00 | 1,708.63 |
| Overtime | | 16.50 | 1.21 | 19.97 | 19.97 | 65.68 |
| **Earnings Total** | | | | **459.97** | **459.97** | **1,774.31** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 23.00 | 23.00 | 45.76 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 94.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 16.00 |
| **Total** | | | | **51.00** | **51.00** | **156.62** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 34.06 | 34.06 | 133.52 |
| EE Social Security T | | | | 26.78 | 26.78 | 103.13 |
| EE Medicare Tax | | | | 6.26 | 6.26 | 24.12 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 11.29 | 11.29 | 44.48 |
| **Total** | | | | **78.39** | **78.39** | **305.25** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 247.94 | USD |
| Direct Deposit/Pay Card | **PELICAN STATE C U** XXXXXX7986 | | 82.64 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 01/25/2017 to 01/31/2017
Check Date : 02/06/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 237.20 | | 327.14 | | 44.36 | | 45.58 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 29.74 | 327.14 | 327.14 | 2,035.77 |
| Overtime | | | | | | 65.68 |
| **Earnings Total** | | | | **327.14** | **327.14** | **2,101.45** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 16.36 | 16.36 | 62.12 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 118.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 20.00 |
| **Total** | | | | **44.36** | **44.36** | **200.98** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 16.07 | 16.07 | 149.59 |
| EE Social Security T | | | | 18.55 | 18.55 | 121.68 |
| EE Medicare Tax | | | | 4.34 | 4.34 | 28.46 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 6.62 | 6.62 | 51.10 |
| **Total** | | | | **45.58** | **45.58** | **350.83** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 166.04 | USD |
| Direct Deposit/Pay Card | **PELICAN STATE C U** XXXXXX7986 | | 71.16 | USD |

**AlyCo, LLC**
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 02/01/2017 to 02/07/2017
Check Date : 02/13/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 301.22 | | 417.78 | | 48.89 | | 67.67 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 37.98 | 417.78 | 417.78 | 2,453.55 |
| Overtime | | | | | | 65.68 |
| **Earnings Total** | | | | **417.78** | **417.78** | **2,519.23** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 20.89 | 20.89 | 83.01 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 142.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 24.00 |
| **Total** | | | | **48.89** | **48.89** | **249.87** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 28.05 | 28.05 | 177.64 |
| EE Social Security T | | | | 24.17 | 24.17 | 145.85 |
| EE Medicare Tax | | | | 5.65 | 5.65 | 34.11 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 9.80 | 9.80 | 60.90 |
| **Total** | | | | **67.67** | **67.67** | **418.50** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 210.85 | USD |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 90.37 | USD |

**AlyCo, LLC**
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 02/08/2017 to 02/14/2017
Check Date : 02/17/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| **324.15** | | **450.73** | | **50.54** | | **76.04** | | **0.00** |

| **EARNINGS AND DEDUCTIONS** | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 40.00 | 440.00 | 440.00 | 2,893.55 |
| Overtime | | 16.50 | 0.65 | 10.73 | 10.73 | 76.41 |
| **Earnings Total** | | | | **450.73** | **450.73** | **2,969.96** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 22.54 | 22.54 | 105.55 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 166.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 28.00 |
| **Total** | | | | **50.54** | **50.54** | **300.41** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 32.74 | 32.74 | 210.38 |
| EE Social Security T | | | | 26.21 | 26.21 | 172.06 |
| EE Medicare Tax | | | | 6.13 | 6.13 | 40.24 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 10.96 | 10.96 | 71.86 |
| **Total** | | | | **76.04** | **76.04** | **494.54** |

| **PAYMENT DETAILS** | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 324.15 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 02/15/2017 to 02/21/2017
Check Date : 02/27/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 303.37 | | 420.86 | | 49.04 | | 68.45 | | 0.00 |

**EARNINGS AND DEDUCTIONS**

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 38.26 | 420.86 | 420.86 | 3,314.41 |
| Overtime | | | | | | 76.41 |
| **Earnings Total** | | | | **420.86** | **420.86** | **3,390.82** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 21.04 | 21.04 | 126.59 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 190.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 32.00 |
| **Total** | | | | **49.04** | **49.04** | **349.45** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 28.49 | 28.49 | 238.87 |
| EE Social Security T | | | | 24.35 | 24.35 | 196.41 |
| EE Medicare Tax | | | | 5.70 | 5.70 | 45.94 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 9.91 | 9.91 | 81.77 |
| **Total** | | | | **68.45** | **68.45** | **562.99** |

**PAYMENT DETAILS**

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 303.37 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 02/22/2017 to 02/28/2017
Check Date : 03/06/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 375.47 | | 524.48 | | 54.22 | | 94.79 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 40.00 | 440.00 | 440.00 | 3,754.41 |
| Overtime | | 16.50 | 5.12 | 84.48 | 84.48 | 160.89 |
| **Earnings Total** | | | | **524.48** | **524.48** | **3,915.30** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 26.22 | 26.22 | 152.81 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 214.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 36.00 |
| **Total** | | | | **54.22** | **54.22** | **403.67** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 43.26 | 43.26 | 282.13 |
| EE Social Security T | | | | 30.79 | 30.79 | 227.20 |
| EE Medicare Tax | | | | 7.19 | 7.19 | 53.13 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 13.55 | 13.55 | 95.32 |
| **Total** | | | | **94.79** | **94.79** | **657.78** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 375.47 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 03/01/2017 to 03/07/2017
Check Date : 03/13/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawarnaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 279.32 | | 386.32 | | 47.32 | | 59.68 | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Number | Amount | **Total** | **YTD Amount** |
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 35.12 | 386.32 | 386.32 | 4,140.73 |
| Overtime | | | | | | 160.89 |
| **Earnings Total** | | | | **386.32** | **386.32** | **4,301.62** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 19.32 | 19.32 | 172.13 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 238.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 40.00 |
| **Total** | | | | **47.32** | **47.32** | **450.99** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 23.57 | 23.57 | 305.70 |
| EE Social Security T | | | | 22.21 | 22.21 | 249.41 |
| EE Medicare Tax | | | | 5.20 | 5.20 | 58.33 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 8.70 | 8.70 | 104.02 |
| **Total** | | | | **59.68** | **59.68** | **717.46** |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| Direct Deposit/Pay Card | **MIDSOUTH BANK, N.A.** XXX4853 | | 279.32 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

## Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 03/08/2017 to 03/14/2017
Check Date : 03/20/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawamaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 214.64 | | 296.78 | | 42.84 | | 39.30 | | 0.00 |

| CATEGORY | | Rel. Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | | |
| Regular Pay | | | 11.00 | 26.98 | 296.78 | 296.78 | 4,437.51 |
| Overtime | | | | | | | 160.89 |
| **Earnings Total** | | | | | **296.78** | **296.78** | **4,598.40** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | | |
| 401k | | | | | 14.84 | 14.84 | 186.97 |
| Med Plan A EEO - PT | | | | | 24.00 | 24.00 | 262.86 |
| Den Plan EEO - PT | | | | | 4.00 | 4.00 | 44.00 |
| **Total** | | | | | **42.84** | **42.84** | **493.83** |
| **TAXES** | | | | | | | |
| **Federal** | **FED** | | | | | | |
| Withholding Tax | | | | | 13.18 | 13.18 | 318.88 |
| EE Social Security T | | | | | 16.67 | 16.67 | 266.08 |
| EE Medicare Tax | | | | | 3.90 | 3.90 | 62.23 |
| **State** | **LA** | | | | | | |
| Withholding Tax | | | | | 5.55 | 5.55 | 109.57 |
| **Total** | | | | | **39.30** | **39.30** | **756.76** |

| Method | Detail | Check No. | Amount | Currency |
|---|---|---|---|---|
| Direct Deposit/Pay Card | MIDSOUTH BANK, N.A. XXX4853 | | 214.64 | USD |

AlyCo, LLC
10601 N Pennsylvania Avenue
Oklahoma City OK 73120

# Statement of Earnings and Deductions

Personnel Number : 00188448
Payroll Area : SW Store Weekly
Payroll Period : 03/15/2017 to 03/21/2017
Check Date : 03/27/2017
Personnel Area : 0663 Port Barre, LA
Personnel Subarea : S001 Store

Jawamaca Tyler
153 Piper Dr
Opelousas LA 70570

| Check Amount | = Gross | - Tax Exempt Ded | - Taxes | - Non Tax Exempt Ded |
|---|---|---|---|---|
| 232.81 | 321.20 | 44.06 | 44.33 | 0.00 |

| CATEGORY | Retro Amount | Rate | Number | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Regular Pay | | 11.00 | 29.20 | 321.20 | 321.20 | 4,758.71 |
| Overtime | | | | | | 160.89 |
| **Earnings Total** | | | | **321.20** | **321.20** | **4,919.60** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| 401k | | | | 16.06 | 16.06 | 203.03 |
| Med Plan A EEO - PT | | | | 24.00 | 24.00 | 286.86 |
| Den Plan EEO - PT | | | | 4.00 | 4.00 | 48.00 |
| **Total** | | | | **44.06** | **44.06** | **537.89** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| Withholding Tax | | | | 15.50 | 15.50 | 334.38 |
| EE Social Security T | | | | 18.17 | 18.17 | 284.25 |
| EE Medicare Tax | | | | 4.25 | 4.25 | 66.48 |
| **State** | **LA** | | | | | |
| Withholding Tax | | | | 6.41 | 6.41 | 115.98 |
| **Total** | | | | **44.33** | **44.33** | **801.09** |

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Direct Deposit/Pay Card | MIDSOUTH BANK, N.A. XXX4853 | | 232.81 | USD |