**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
IN RE: **LAFAYETTE DIVISION**
**JAWARNACA RUTH TYLER** **CASE NO.:17-50462**
**Debtor(s)** **CHAPTER: 13**

CHAPTER 13 PLAN

NUMBER OF MONTHS: **60**
PAYMENT AMOUNT: **$285.00 per month for the first 23 months, then $525.00 per month for the next 37 months. (Reason for Step: Deep South pays off in 23 months).**
FIRST PMT. DUE DATE: **May 10, 2017**
ADDITIONAL PLEDGES: Debtor(s) shall remit to the Trustee copies of Federal and State tax returns (the paperwork) required to be filed for each year you are in your plan, and any proceeds received from tax refunds (the money), **in excess of $6,750.00 From Federal Refunds Only** (Inclusive of EIC), for tax years **17, 18, and 19**

**I. DIRECT PAYMENTS**
    A. Debtor has an unsecured loan with **Deep South Financial** co-signed by her father, Quentin Tyler. Debtor(s) shall pay this debt directly "outside" the plan, **$237.00 per month.** (23 months remaining)

**II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL**
    None

**III. PAYMENTS DISTRIBUTED BY TRUSTEE**
    A. ADMINISTRATIVE CLAIMS
        1. KARL M. HELO requests an initial fee of **$3,000.00 of which $0.00 has been paid prior to filing, leaving a balance of $3,000.00** to be paid from property of the estate. As provided in Section 3(B) of the Standard Order Regarding "No-Look" Fees in Chapter 13 Cases for cases filed on or after February 1st, 2017 in the Western District of Louisiana, Debtor(s)' counsel requests **an additional $600.00 to be paid during the last 6 plan payments** of the Debtor(s)' Chapter 13 Plan.

    B. POST-PETITION MONTHLY MORTGAGE PAYMENTS
        None

    C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*
        1. **Santander** has a lien on a **2013 Chevrolet Malibu** with a balance of **$15,343.00**, will be paid that amount with **5%** interest over **60** months. Total amortized payment: **$17,372.48**

    D. OTHER SECURED CREDITORS*
        1. **Conn's** has a lien on **Furniture**, valued hereby at **$2,000.00**, will be paid that value with **5%** interest over **60** months. Total amortized payment: **$2,264.55**

*Secured creditors' lien shall remain until secured claim is paid, effective upon discharge. Each of the above secured claims, if allowed, shall be paid the secured value, as set forth above, or the amount of the secured claim filed, whichever is less.
*Any claim with a secured value of $0 shall be treated as a general unsecured claim.

    E. PRIORITY CLAIMS
        None

F. UNSECURED CLAIMS
1. NONDISCHARGEABLE
a. **US Dept of Education/Great Lakes** shall be paid pro rata with other general, unsecured creditors. Any balance remaining after the plan shall be treated in accordance with 11 USC Section 523. No payment herein shall prejudice Debtor(s) right to move for hardship discharge, or otherwise challenge dischargeability.
2. CO-SIGNED CLAIMS
b. The claim of Deep South Financial shall be treated in Section I (A) herein.
3. **Allowed General Unsecured Undisputed Claims** are listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III(C&D) above, or allowed claims filed whether or not listed, estimated to be **$27,820.29**, shall receive a pro rata share of an estimated **$0.00**, paying approximately **0.00%**.

## IV. GENERAL TERMS

**(A)** Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).
**(B)** Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

Simon Fitzgerald, LLC, Attorney's at Law
2901 Johnston St., Ste. 202
Lafayette, LA 70503
(337) 984-1584 E-mail khelo@simonfitzgerald.com

By:___/s/Karl M. Helo_____
Karl M. Helo #33886
ATTORNEY FOR DEBTOR(S)

Date: April 10, 2017


____/s/Jawarnaca Ruth Tyler_____
*Jawarnaca Ruth Tyler*