# Notice Recipients

District/Off: 0536−4     User: admin     Date Created: 04/26/2017
Case: 17−50462     Form ID: pdf1     Total: 32

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Keith A. Rodriguez | ecf@keithrodriguez.com |
| aty | Karl Michael Helo | khelo@simonfitzgerald.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Jawarnaca Ruth Tyler | 153 Piper Dr.    Opelousas, LA 70570 |
| smg | State of Louisiana, Dept. of Labor | Delinquent Accounts Unit    POB 44127    Baton Rouge, LA 70804 |
| smg | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Division    P.O. Box 66658    Baton Rouge, LA 70896 |
| smg | Louisiana Department of Labor | Attn: Kathy Bookter    P.O. Box 94094    Baton Rouge, LA 70804−9094 |
| 7309925 | 1st Heritage | 5825 I 49 S. Service Rd.    Opelousas, LA 70570 |
| 7309926 | Account Control Bureau | 850 Olive St. Ste. A    Shreveport, LA 71104 |
| 7309927 | Avant | 222 N. LaSalle St. Suite 1700    Chicago, IL 60601 |
| 7309928 | Capital One Bank USA N.A. | 15000 Capital One Dr.    Henrico, VA 23238 |
| 7309929 | Conn's | 3295 College St.    Beaumont, TX 77701 |
| 7309930 | Credit One Bank NA | P.O. Box 98875    Las Vegas, NV 89193 |
| 7309931 | Deep South Financial | 923 Creswell Lane    Opelousas, LA 70570 |
| 7309932 | District Counsel | Internal Revenue Service    PO Box 30509    New Orleans, LA 70190 |
| 7309933 | First Premier Bank | P.O. Box 5524    Sioux Falls, SD 57117 |
| 7309934 | Gen Collection & Recovery | 320 N Union St    Opelousas, LA 70570 |
| 7309935 | Genesis BC/Celtic Bank | 268 S. State St. STE 300    Salt Lake City, UT 84111 |
| 7309936 | IRS | P.O. Box 7346    Philadelphia, PA 19101 |
| 7309937 | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Section    P.O. Box 66658    Baton Rouge, LA 70896−6658 |
| 7309938 | Louisiana Recovery Services | 1304 Bertrand Drive, Suite F−4    Lafayette, LA 70506−9106 |
| 7309939 | MABT/CONTFIN | 121 Continental Dr    STE 1    Newark, DE 19713 |
| 7309940 | Quentin Tyler | PO Box 282    Leonville, LA 70551 |
| 7309943 | SYNCB/Amazon | PO Box 965015    Orlando, FL 32896 |
| 7309944 | SYNCB/Care Credit | 950 Forrer Blvd    Kettering, OH 45420 |
| 7309945 | SYNCB/Old Navy | PO Box 965005    Orlando, FL 32896 |
| 7309946 | SYNCB/Walmart | PO Box 965024    Orlando, FL 32896 |
| 7309941 | Santander Consumer USA | POB 961245    Fort Worth, TX 76161 |
| 7309942 | Sheriff, St. Landry Parish | 780 Hwy 182    Opelousas, LA 70570 |
| 7309947 | TFC Credit Corp | 2010 Crow Canyon Pl    Ste 100    San Ramon, CA 94583 |
| 7309948 | US Attorney | Western District of Louisiana    300 Fannin St. Ste 3201    Shreveport, LA 71101 |
| 7309949 | US Dept of Ed/Glesi | PO Box 7860    Madison, WI 53707 |

TOTAL: 29