# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

RE:  JAWARNACA RUTH TYLER                         CASE NO: 17-50462

## MOTION FOR WAGE DEDUCTION

NOW INTO COURT, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who moves this court as follows:

1.

Per Section 1326(a)(1) the first plan payment must be made within 30 days after the plan is filed (and each month thereafter).

2.

The Trustee (and ultimately the creditor) experiences a problem in confirming many cases because the debtor has failed to make timely payments during the initial months of a case.

3.

A Court Ordered wage deduction would greatly enhance the chances of confirmation and avoid unnecessary motions to dismiss and delays.

4.

The schedules indicate at least one of the debtors is employed. The Trustee seeks an Order authorizing a wage deduction.

WHEREFORE, the Trustee prays for an Order directing the debtor's employer to withhold from the debtor's wages an amount sufficient to fund this plan and to forward said money to the Trustee on no less than a monthly basis until directed otherwise.

Lafayette, Louisiana this 25th day of April, 2017.

/s/ Keith A. Rodriguez
KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
P O BOX 3445
LAFAYETTE, LA  70502-3445
(337)233-4413

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor's attorney

SIMON FITZGERALD COOKE REED & WELCH (5)
4700 LINE AVE STE 200
SHREVEPORT, LA 71106

By placing same in the United States Mail, postage prepaid or by electronic case filing this 25th day of April, 2017.

/s/ Keith A. Rodriguez
KEITH A. RODRIGUEZ