# Notice Recipients

District/Off: 0536-4         User: admin              Date Created: 04/26/2017
Case: 17-50462               Form ID: 309I            Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jawarnaca Ruth Tyler | 153 Piper Dr. | Opelousas, LA 70570 | |
| ust | Office of U. S. Trustee | 300 Fannin St., Suite 3196 | Shreveport, LA 71101 | |
| tr | Keith A. Rodriguez | P. O. Box 3445 | Lafayette, LA 70502 | |
| aty | Karl Michael Helo | Simon, Fitzgerald, Cooke, et al | 2901 Johnston Street, Suite 202 | Lafayette, LA 70503 |
| smg | State of Louisiana, Dept. of Labor | Delinquent Accounts Unit | POB 44127 | Baton Rouge, LA 70804 |
| smg | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Division | P.O. Box 66658 | Baton Rouge, LA 70896 |
| smg | Louisiana Department of Labor | Attn: Kathy Bookter | P.O. Box 94094 | Baton Rouge, LA 70804-9094 |
| 7309925 | 1st Heritage | 5825 I 49 S. Service Rd. | Opelousas, LA 70570 | |
| 7309926 | Account Control Bureau | 850 Olive St. Ste. A | Shreveport, LA 71104 | |
| 7309927 | Avant | 222 N. LaSalle St. Suite 1700 | Chicago, IL 60601 | |
| 7309928 | Capital One Bank USA N.A. | 15000 Capital One Dr. | Henrico, VA 23238 | |
| 7309929 | Conn's | 3295 College St. | Beaumont, TX 77701 | |
| 7309930 | Credit One Bank NA | P.O. Box 98875 | Las Vegas, NV 89193 | |
| 7309931 | Deep South Financial | 923 Creswell Lane | Opelousas, LA 70570 | |
| 7309932 | District Counsel | Internal Revenue Service | PO Box 30509 | New Orleans, LA 70190 |
| 7309933 | First Premier Bank | P.O. Box 5524 | Sioux Falls, SD 57117 | |
| 7309934 | Gen Collection & Recovery | 320 N Union St | Opelousas, LA 70570 | |
| 7309935 | Genesis BC/Celtic Bank | 268 S. State St. STE 300 | Salt Lake City, UT 84111 | |
| 7309936 | IRS | P.O. Box 7346 | Philadelphia, PA 19101 | |
| 7309937 | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Section | P.O. Box 66658 | Baton Rouge, LA 70896-6658 |
| 7309938 | Louisiana Recovery Services | 1304 Bertrand Drive, Suite F-4 | Lafayette, LA 70506-9106 | |
| 7309939 | MABT/CONTFIN | 121 Continental Dr | STE 1 | Newark, DE 19713 |
| 7309940 | Quentin Tyler | PO Box 282 | Leonville, LA 70551 | |
| 7309943 | SYNCB/Amazon | PO Box 965015 | Orlando, FL 32896 | |
| 7309944 | SYNCB/Care Credit | 950 Forrer Blvd | Kettering, OH 45420 | |
| 7309945 | SYNCB/Old Navy | PO Box 965005 | Orlando, FL 32896 | |
| 7309946 | SYNCB/Walmart | PO Box 965024 | Orlando, FL 32896 | |
| 7309941 | Santander Consumer USA | POB 961245 | Fort Worth, TX 76161 | |
| 7309942 | Sheriff, St. Landry Parish | 780 Hwy 182 | Opelousas, LA 70570 | |
| 7309947 | TFC Credit Corp | 2010 Crow Canyon Pl | Ste 100 | San Ramon, CA 94583 |
| 7309948 | US Attorney | Western District of Louisiana | 300 Fannin St. Ste 3201 | Shreveport, LA 71101 |
| 7309949 | US Dept of Ed/Glesi | PO Box 7860 | Madison, WI 53707 | |

TOTAL: 32