## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

**IN RE:**  JAWARNACA RUTH TYLER                    **CASE NO: 17-50462**

---

### TRUSTEE'S OBJECTION TO CONFIRMATION

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who objects to confirmation of the debtor's plan for the reasons respectfully indicated as follows:

Hanging Paragraph  - Per the claim filed by Santander Consumer USA Inc. the transaction appears to fall under the "hanging paragraph", but the Plan proposes to pay less than the secured claim amount.

**WHEREFORE,** Trustee prays that a hearing be held and after due proceeding had, the debtor's plan shall not be confirmed; or alternatively the debtor should be required to amend the plan to satisfy the objections herein.

Lafayette, Louisiana this 6th day of July, 2017.

/s/ Keith A. Rodriguez
_____
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**

## CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

JAWARNACA RUTH TYLER
153 PIPER DR
OPELOUSAS, LA  70570

and the debtor's attorney:

SIMON FITZGERALD COOKE REED & WELCH (5)
4700 LINE AVE STE 200
SHREVEPORT, LA  71106

by placing same in the United States Mail, postage prepaid or by electronic case filing this 6th day of July, 2017.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**