UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

17-50462 Jawarnaca Ruth Tyler   Chapter: 13

**Chapter 13 Plan**

**APPEARANCES:**

Karl Michael Helo representing Jawarnaca Ruth Tyler (Debtor)
Hamilton Chauvin for trustee

**DEBTORS:** N/A

**RULING:** Confirmation of current plan is denied. Amended plan has been filed.

**ORDER TO BE PREPARED BY:** N/A

Date:   July 19, 2017