DONE and SIGNED August 24, 2017.



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE
_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### Lafayette Division

IN RE: Jawarnaca Ruth Tyler          Case Number: 17-50462

Chapter 13

Address: JAWARNACA RUTH TYLER, 153 PIPER DR,
OPELOUSAS, LA 70570
Last four digits of Social-Security or Individual Taxpayer- 4378

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on 04/10/2017 and was modified on 07/12/2017. A summary of the Plan or summary of the final modification of the plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirments of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:** The debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1. **PAYMENTS**

| | | |
|---|---|---|
| Amount of each payment | X | $285.00 FOR 3 MONTHS, $320.00 FOR 20 MONTHS, $560.00 FOR 37 MONTHS |
| Due date of each payment | X | The 10TH day of each month |
| Period of payment | X | 60 months |
| Tax years pledged | X | 2017, 2018 AND 2019 |

**Plan Payments shall be payable to:**
Keith A. Rodriguez
Chapter 13 Standing Trustee
Office Box 1699
Memphis TN 38101-1699

[X] **Payroll Deductions:** Unless previously ordered, the debtor's employer is ordered to deduct payments from the earnings of the Debtor, draw checks in the name of the standing trustee and deliver or mail the same to the standing trustee on or before each due date under further order of this Court

[ ] No Payroll deduction is ordered.

[ ] Debtors are required to send a copy of every pay stub to the trustee.

2. **ATTORNEY FEES**
The debtor(s) attorney is awarded a fee in the amount of $3,000.00 of which $3,000.00 is due and payable from the Bankruptcy Estate.

3. **OTHER PROVISIONS AS NEEDED**
The provisions contained in the addendum attached to or on the reverse hereof are deemed to be a part of this order of confirmation.

# ADDENDUM TO CHAPTER 13 CONFIRMATION ORDER

1. During the term of the plan, the debtor(s) shall:

    A. timely file all State and Federal income tax returns, and within 10 days of such filing, provide the Chapter 13 Trustee with copies of each such return;

    B. cooperate with the Chapter 13 Trustee; and,

    C. timely respond to all requests for information made by the Chapter 13 Trustee.

    D. timely advise the Chapter 13 Trustee of **ALL** changes in income.

2. During the term of the plan and upon request of Chapter 13 Trustee, self-employed debtors shall file with the trustee a monthly report of income and expenses.

3. Insurance Requirements:

    To the extent required by any contract or agreement with a creditor, the debtor(s) shall:
    i. maintain insurance on all described collateral in an amount sufficient to protect the interest of the creditor therein,
    ii. name the creditor as a "payee" in the policy of insurance, and
    iii. provide evidence of such insurance to the creditor.

4. Confirmation of the Chapter 13 plan does not impair claims of any secured creditors filed prior to confirmation or the timely filed claims of any priority creditor to which no objection has been filed.

5. Revesting. No property of the estate will revest in the debtor(s) until such time as the debtor(s) receive a discharge or the case is dismissed.

cc: Debtor(s)