IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-50462 |
| JAWARNACA RUTH TYLER | JUDGE ROBERT R. SUMMERHAYS |
| 153 PIPER DR | |
| OPELOUSAS, LA 70570 | DATE: 09/26/2017 |
| Debtor | |

## NOTICE OF INTENTION TO PAY CLAIMS AND MOTION TO DISALLOW SECURED CLAIMS

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO SECURED CREDITORS:**
If you are a secured creditor and your claim is listed for -0- it indicated that no claim was timely filed and no evidence of a perfected security interest was sent to the Trustee. Therefore, this notice also constitutes a Motion to Disallow your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within thirty (30) days from the mailing date of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**SIMON FITZGERALD COOKE REED & WELCH (5)**  3,000.00  ATTORNEY
**4700 LINE AVE STE 200**
**SHREVEPORT, LA 71106**

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| ACCOUNT CONTROL BUREAU<br>850 OLIVE ST STE A<br>SHREVEPORT, LA 71104 | 0.00<br><br>ACCT: 4066<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| AMERICAN INFOSOURCE<br>% DIRECT TV<br>P O BOX 5008<br>CAROL STREAM, IL 60197-5008 | 73.46<br><br>ACCT: 3642<br>COMM: | 0.00 | UNSECURED |
| AVANT INC<br>P O BOX 9183380<br>CHICAGO, IL 60691 | 7,289.38<br><br>ACCT: 4886<br>COMM: | 0.00 | UNSECURED |
| CAVALRY INVESTMENTS LLC<br>P O BOX 27288<br>TEMPE, AZ 85282 | 1,158.68<br><br>ACCT: 8882<br>COMM: CITIBANK | 0.00 | UNSECURED |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| CONN APPLIANCES<br>% BECKET & LEE<br>P O BOX 3002<br>MALVERN, PA 19355-1245 | 2,000.00<br><br>5.00% INT | 0.00<br><br>ACCT: 7130<br>COMM: FURNITURE | SECURED |
| CONN APPLIANCES<br>% BECKET & LEE<br>P O BOX 3002<br>MALVERN, PA 19355-1245 | 2,865.10 | 0.00<br><br>ACCT: 7130<br>COMM: SPLIT CL | UNSECURED |
| DEEP SOUTH FINANCE<br>923 CRESWELL LN<br>OPELOUSAS, LA 70570-5819 | 0.00 | 0.00<br><br>ACCT:<br>COMM: | UNSECURED<br>Not filed |
| FIRST HERITAGE CREDIT<br>5825 I-49 SOUTH SERVICE<br>OPELOUSAS, LA 70570 | 879.12 | 0.00<br><br>ACCT: 5141<br>COMM: | UNSECURED |
| GENERAL COLLECT & RECOVERIES<br>320 N UNION ST<br>OPELOUSAS, LA 70570 | 0.00 | 0.00<br><br>ACCT: 4344<br>COMM: | UNSECURED<br>Not filed |
| GENESIS BC/CELTIC BANK<br>268 S STATE ST STE 300<br>SALT LAKE CITY, UT 84111 | 0.00 | 0.00<br><br>ACCT:<br>COMM: | UNSECURED<br>Not filed |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677-2813 | 350.73 | 0.00<br><br>ACCT: 1520<br>COMM: PREMIER BANKCARD | UNSECURED |
| LA RECOVERY SERVICES<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA 70506 | 509.00 | 0.00<br><br>ACCT: 6106<br>COMM: ACADIANA ENDOSCOPY CENTER | UNSECURED |
| LA RECOVERY SERVICES<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA 70506 | 0.00 | 0.00<br><br>ACCT:<br>COMM: | UNSECURED<br>Not filed |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | 1,086.80 | 0.00<br><br>ACCT: 9327<br>COMM: CREDIT ONE | UNSECURED |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| MABT/CONTFIN<br>121 CONTINENTAL DR STE 1<br>NEWARK, DE  19713<br>ACCT:<br>COMM: | 0.00 | 0.00 | UNSECURED<br>Not filed |
| MIDLAND FUNDING<br>P O BOX 2011<br>WARREN, MI  48090<br>ACCT: 1781<br>COMM: AMAZON | 799.40 | 0.00 | UNSECURED |
| MIDLAND FUNDING<br>P O BOX 2011<br>WARREN, MI  48090<br>ACCT: 4262<br>COMM: WALMART | 513.05 | 0.00 | UNSECURED |
| OPELOUSAS GENERAL HOSPITAL<br>% GENERAL COLLECTIONS<br>P O BOX 1637<br>OPELOUSAS, LA  70571<br>ACCT: 5939<br>COMM: | 10,672.88 | 0.00 | UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541<br>ACCT: 0874<br>COMM: CAPITAL ONE | 1,379.12 | 0.00 | UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541<br>ACCT: 4475<br>COMM: CAPITAL ONE | 2,202.64 | 0.00 | UNSECURED |
| QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788<br>ACCT: 1253<br>COMM: Opelousas Emer Group | 1,674.00 | 0.00 | UNSECURED |
| QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788<br>ACCT: 2889<br>COMM: Opelousas Emer Group | 1,832.00 | 0.00 | UNSECURED |
| QUENTIN TYLER<br>P O BOX 282<br>LEONVILLE, LA  70551<br>ACCT:<br>COMM: | 0.00 | 0.00 | NOTICE ONLY |
| RADIOLOGY ASSOCIATES OF OPLS<br>% GENERAL COLLECTIONS & RECOV<br>P O BOX 1637<br>OPELOUSAS, LA  70570<br>ACCT: 1505<br>COMM: | 519.36 | 0.00 | UNSECURED |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| RICHARD K BROUSSARD MD<br>% LA RECOVERY SVCS<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA  70506 | 112.53<br><br>ACCT: 6106<br>COMM: | 0.00 | UNSECURED |
| SANTANDER CONSUMER<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | 16,875.12<br><br>5.00% INT  ACCT: 9781<br>COMM: 13 CHEVROLET MALIBU | 0.00 | VEHICLE |
| SANTANDER CONSUMER<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | 0.00<br><br>ACCT: 9781<br>COMM: COMB W/CL#2 | 0.00 | UNSECURED |
| SECURITY FINANCE<br>P O BOX 1893<br>SPARTANBURG, SC  29304 | 810.42<br><br>ACCT: 9745<br>COMM: | 0.00 | UNSECURED |
| SIMON FITZGERALD COOKE REED &<br>WELCH (5)<br>4700 LINE AVE STE 200<br>SHREVEPORT, LA  71106 | 600.00<br><br>ACCT:<br>COMM: ATTY | 0.00 | SECURED |
| SYNCHRONY BANK<br>950 FORRER BLVD<br>DAYTON, OH  45420 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT<br>P O BOX 41031<br>NORFOLK, VA  23541 | 126.79<br><br>ACCT: 9437<br>COMM: OLD NAVY | 0.00 | UNSECURED |
| TFC CREDIT CORP<br>2010 CROW CANYON PLACE STE 300<br>SAN RAMON, CA  94583-1536 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| US DEPT OF EDUCATION<br>P O BOX 530229<br>ATLANTA, GA  30353-0229 | 1,388.86<br><br>ACCT: 4378<br>COMM: | 0.00 | UNSECURED |

   I herein certify that a copy of this notice was served upon the Debtor, the Debtor attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 09/26/2017 /S/ KEITH A. RODRIGUEZ

**KEITH A. RODRIGUEZ, TRUSTEE**