# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: mdoucet | Date Created: 12/13/2017 |
| Case: 17−50462 | Form ID: pdf4 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Keith A. Rodriguez | ecf@keithrodriguez.com |
| aty | Karl Michael Helo | khelo@simonfitzgerald.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jawarnaca Ruth Tyler | 153 Piper Dr. | Opelousas, LA 70570 |

TOTAL: 1