# United States Bankruptcy Court
## Western District of Louisiana

**Case No.:** 17−50462
**Chapter:** 13
**Judge:** Robert Summerhays

**In Re:**
   Jawarnaca Ruth Tyler
   153 Piper Dr.
   Opelousas, LA 70570

**Social Security No.:**
   xxx−xx−4378

**Employer's Tax I.D. No.:**

---

### NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

Please be advised that a Transfer/Assignment of Claim was filed in the above case.

**Document Number:**

*25* − Assignment/Transfer of Claim Not Waived. Transfer Agreement 3001 (e) 4 From Transferor: SANTANDER CONSUMER USA, INC. (Claim No. 2) Transferred To Wollemi Acquisitions, LLC. Filed by Rejoy Nalkara on 1/16/2018. Fee Amount $25 (Nalkara, Rejoy)

Pursuant to Bankruptcy Rule 3001, notice is hereby given that any objections to Transfer/Assignment of said claim must be filed in writing within twenty−one (21) days from the date of this notice with the Clerk, U.S. Bankruptcy Court, **214 Jefferson Street, Suite 100, Lafayette, Louisiana** . If an objection is timely filed, the court will schedule and notice the matter for a hearing.

IF NO TIMELY OBJECTIONS ARE FILED, THE CLAIM SHALL BE DEEMED TRANSFERRED WITHOUT FURTHER NOTICE OR ACTION BY THE COURT.

Date: 1/16/18

                                            UNITED STATES BANKRUPTCY COURT
                                            Edward A. Takara, Clerk

                                            By: **Melonie Doucet**
                                                Deputy Clerk