# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: mdoucet | Date Created: 1/16/2018 |
| Case: 17–50462 | Form ID: ntctrclm | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Keith A. Rodriguez | ecf@keithrodriguez.com |
| aty | Karl Michael Helo | khelo@simonfitzgerald.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jawarnaca Ruth Tyler | 153 Piper Dr. | Opelousas, LA 70570 | |
| | Wollemi Acquisitions, LLC | c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| | SANTANDER CONSUMER USA, INC. | P.O. BOX 560284 | DALLAS, TX 75356 | |

TOTAL: 3