B2100A (Form 2100A) (12/15)                                                                                          BL9315542

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA, LAFAYETTE DIVISION

In re  JAWARNACA RUTH TYLER                                    Case No. 17-50462

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Synchrony Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
PO Box 29262
New York, NY 10087-9262

Court Claim # (if known):  18
Amount of Claim:  $126.79
Date Claim Filed:  8/23/2017

Email:  proofofclaim@becket-lee.com          Email:
Phone:  610-228-2570                          Phone:
Last Four Digits of Acct #:  9437             Last Four Digits of Acct #:  9437
Last Four of Alternate Acct #:                Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Email:
Phone:
Last Four Digits of Acct #:
Last Four of Alternate Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Gregory P Deegan                     Date:  3/5/2018

   Gregory P Deegan, Claims Administrator
   Becket & Lee LLP

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*