# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: cbenson | Date Created: 3/5/2018 |
| Case: 17−50462 | Form ID: ntctrclm | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Keith A. Rodriguez | ecf@keithrodriguez.com |
| aty | Karl Michael Helo | khelo@simonfitzgerald.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jawarnaca Ruth Tyler | 153 Piper Dr. | Opelousas, LA 70570 | |
| | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk VA 23541 |
| | eCast Settlement Corporation | POB 29262 | New York, NY 10087 | |

TOTAL: 3