IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: JAWARNACA RUTH TYLER  CASE NO: 17-50462

## NOTICE OF AND MOTION TO DISMISS

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who moves this Court to dismiss the above captioned case for one or more of the grounds indicated below:

-The debtor has failed to make payments pursuant to the terms of the plan and/or material default by the debtor with respect to a term of the confirmed plan. The debtor is 3.00 months(s) in arrears for a total of $1,020.00.

-Per Trustee's review of the Service Members Civil Relief Act (SCRA) website, debtor is not on Active Duty on Date of Interest.

---Debtor is in arrears through April 2018 with the May payment due on the 10th.

Any party who wishes to object to the actions of the Trustee must do so by filing a written objection electronically with the Bankruptcy Clerk within twenty-one (21) days from the mailing date of this Motion.

**IF AND ONLY IF** an objection is filed, a hearing will be held before the Bankruptcy Judge at U.S. Bankruptcy Court, 214 Jefferson Street, 1st Floor Suite 110, Lafayette, Louisiana 70501 at 8:30 o'clock A.M on the 20th day of June, 2018.

Any objection *shall* include the following:

a) **The reasons why the debtor fell behind.**
b) **If the response is, "the debtor will get current", then give a detailed repayment schedule including dates and amounts of payments**
c) **If the response is, "the debtor has made payments not properly credited", then give the dates and amounts of such payments.**
d) **Where any evidence of payment is necessary to the debtor's defense, provide copies of the money orders, money order receipts, pay stubs, tax returns, tax refunds, etc., to the Trustee's office at five (5) days prior to the hearing.**
e) **Where information or documents are requested, same should be provided with the response.**
f) **If the Motion To Dismiss is filed because the debtor(s) missed the Section 341 Meeting, the Response needs to state the reason why the debtor(s) did not attend.**

UNLESS WAIVED IN WRITING PRIOR TO THE HEARING, THE DEBTOR'S ATTENDANCE AT THE HEARING ON THE MOTION TO DISMISS IS NECESSARY.

**WHEREFORE,** Trustee prays for an order pursuant to this motion. Trustee further prays that should cause be found to exist, this case be converted to a Chapter 7.

Lafayette, Louisiana this 8th day of May, 2018.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**

### CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

JAWARNACA RUTH TYLER
153 PIPER DR
OPELOUSAS, LA 70570

and the debtor's attorney:

SIMON FITZGERALD COOKE REED & WELCH (5)
4700 LINE AVE STE 200
SHREVEPORT, LA 71106

by placing same in the United States Mail, postage prepaid or by electronic case filing this 8th day of May, 2018.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**