# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION
**************************

| | | |
|---|---|---|
| IN RE: JAWARNACA RUTH TYLER | : | CASE NO.: 17-50462 |
| DEBTOR(S) | : | CHAPTER 13 |

## RESPONSE TO MOTION TO DISMISS FILED BY TRUSTEE

NOW INTO COURT, comes JAWARNACA RUTH TYLER, Debtor, appearing herein through undersigned counsel, to respond to the Motion to Dismiss filed by Keith Rodriguez, Chapter 13 Trustee, as follows:

1.

Debtor filed for protection under Chapter 13 of the Bankruptcy Code on April 10th, 2017.

2.

Debtor admits falling behind on plan payments to the Trustee. Debtors submit she was out of work for several months for medical reasons. Debtor recently returned to work at Lafayette General and believes she is in a position to timely remit payment to the Trustee going forward.

3.

Debtor will file an amended plan as soon as possible to cure the arrears owed to the case.

WHEREFORE, DEBTOR PRAYS that the Motion to Dismiss be denied.

SIMON, FITZGERALD, LLC

By:___/s/Karl M. Helo_____
Karl M. Helo- LA Bar No. 33886
2901 Johnston St., Ste 202
Lafayette, LA 70503
Telephone: (337) 984-1584
Email: Khelo@simonfitzgerald.com
ATTORNEY FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION
***************************

IN RE: JAWARNACA RUTH TYLER : CASE NO.: 17-50462

DEBTOR(S) : CHAPTER 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Response to Trustee's Motion to Dismiss" was served electronically on:

(1) The United States Trustee at USTPRegion05.SH.ECF@usdoj.gov
(2) Standing Chapter Trustee, Keith A. Rodriguez at ecf@keithrodriguez.com

and by first class mail, postage prepaid to the following:

(1) Jawarnaca Tyler at 153 Piper Dr., Opelousas, LA 70570

Lafayette, Louisiana, this __9th__ day of May, 2018
By:___/s/ Ariel Coussan_____
Ariel Coussan, Legal Assistant to Karl M. Helo