# Notice Recipients

District/Off: 0536−4     User: mdoucet     Date Created: 6/12/2018
Case: 17−50462     Form ID: pdf4     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
tr     Keith A. Rodriguez     ecf@keithrodriguez.com
aty     Karl Michael Helo     khelo@simonfitzgerald.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jawarnaca Ruth Tyler     153 Piper Dr.     Opelousas, LA 70570

TOTAL: 1