UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| In re: | Case No. 17-50462 |
|---|---|
| JAWARNACA RUTH TYLER | |
| Debtor(s) | |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Keith A. Rodriguez, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/10/2017.

2) The plan was confirmed on 08/24/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/01/2017, 05/09/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/08/2018, 07/24/2019.

5) The case was dismissed on 08/19/2019.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,892.37.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,480.29 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$6,480.29**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,450.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $400.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,850.79**

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT CONTROL BUREAU | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 0.00 | 73.46 | 73.46 | 0.00 | 0.00 |
| AVANT INC | Unsecured | 6,901.00 | 7,289.38 | 7,289.38 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Unsecured | 1,149.00 | 1,158.68 | 1,158.68 | 0.00 | 0.00 |
| CONN APPLIANCES | Secured | 5,374.00 | 4,170.00 | 2,000.00 | 70.38 | 208.19 |
| CONN APPLIANCES | Unsecured | 0.00 | 695.10 | 2,865.10 | 0.00 | 0.00 |
| DEEP SOUTH FINANCE | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Unsecured | 1.00 | 126.79 | 126.79 | 0.00 | 0.00 |
| FIRST HERITAGE CREDIT | Unsecured | 922.29 | 879.12 | 879.12 | 0.00 | 0.00 |
| GENERAL COLLECT & RECOVERIES | Unsecured | 2,975.00 | NA | NA | 0.00 | 0.00 |
| GENESIS BC/CELTIC BANK | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 300.00 | 350.73 | 350.73 | 0.00 | 0.00 |
| LA RECOVERY SERVICES | Unsecured | 329.00 | 509.00 | 509.00 | 0.00 | 0.00 |
| LA RECOVERY SERVICES | Unsecured | 142.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 782.00 | 1,086.80 | 1,086.80 | 0.00 | 0.00 |
| MABT/CONTFIN | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 627.00 | 799.40 | 799.40 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 379.00 | 513.05 | 513.05 | 0.00 | 0.00 |
| OPELOUSAS GENERAL HOSPITAL | Unsecured | 3,507.00 | 10,672.88 | 10,672.88 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,247.00 | 1,379.12 | 1,379.12 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,971.00 | 2,202.64 | 2,202.64 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,674.00 | 1,674.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,832.00 | 1,832.00 | 0.00 | 0.00 |
| RADIOLOGY ASSOCIATES OF OPLS | Unsecured | 190.00 | 519.36 | 519.36 | 0.00 | 0.00 |
| RICHARD K BROUSSARD MD | Unsecured | 1,016.00 | 112.53 | 112.53 | 0.00 | 0.00 |
| SANTANDER CONSUMER | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 0.00 | 810.42 | 810.42 | 0.00 | 0.00 |
| SIMON FITZGERALD COOKE REED & | Secured | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| TFC CREDIT CORP | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 459.14 | 459.14 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| US DEPT OF EDUCATION | Unsecured | 1,376.00 | 1,388.86 | 1,388.86 | 0.00 | 0.00 |
| WOLLEMI ACQUISITIONS | Secured | 15,343.00 | 16,875.12 | 16,875.12 | 593.81 | 1,757.12 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,875.12 | $593.81 | $1,757.12 |
| All Other Secured | $2,600.00 | $70.38 | $208.19 |
| **TOTAL SECURED:** | **$19,475.12** | **$664.19** | **$1,965.31** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,702.46** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,850.79 |
| Disbursements to Creditors | $2,629.50 |
| **TOTAL DISBURSEMENTS :** | **$6,480.29** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/04/2019       By: /s/ Keith A. Rodriguez
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

# CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor(s):

JAWARNACA RUTH TYLER
153 PIPER DR
OPELOUSAS, LA  70570

the debtor's attorney:

SIMON FITZGERALD COOKE REED & WELCH (5)
4700 LINE AVE STE 200
SHREVEPORT, LA71106

by placing same in the United States Mail, postage prepaid or electronically on this  4th day of September, 2019.

            /s/ Keith A. Rodriguez
            **KEITH A. RODRIGUEZ**

**UST Form 101-13-FR-S (09/01/2009)**