# Notice Recipients

District/Off: 0536–4  User: mdoucet  Date Created: 9/5/2019
Case: 17–50462  Form ID: fnldecre  Total: 2

**Recipients of Notice of Electronic Filing:**
ust　　Office of U. S. Trustee　　USTPRegion05.SH.ECF@usdoj.gov
tr　　Keith A. Rodriguez　　ecf@keithrodriguez.com

TOTAL: 2